<u>CRIMINAL CASE INFORMATION SHEET</u>

Pittsburgh _____     Erie _____     Johnstown __X__

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  _____  Antitrust & Securities Fraud
           2.  _____  Tax
           3.  __X__   General Criminal

Defendant's name:                  <u>Gilberto Nepomuceno-Salas</u>

Is Indictment waived:        _____ yes     __X__ no

Pretrial Diversion:          _____ yes     __X__ no

Juvenile proceeding:         _____ yes     __X__ no

Defendant is:                __X__ Male     _____ Female

Superseding Indictment or
Information:                 _____ yes     __X__ no

    Previous case number:    _____

If superseding, previous case was/will be:

    _____ Dismissed on defendant's motion
    _____ Dismissed on government's motion
    _____ After appellate action
    _____ Other (explain)

County in which first
offense cited occurred:           _____Bedford_____

Previous proceedings before
Magistrate Judge:                 _____

    Case No.:                     _____

    PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began:    <u>May 28, 2009 (ICE custody)</u>

Defendant:              __X__ is in custody     _____ is not in custody

Name of Institution:         <u>Allegheny County Prison</u>

Custody is on:          __X__ this charge       _____ another charge

                                                _____ another conviction

                        _____ State            __X__ Federal

Detainer filed                      __X__ yes      _____ no

Date detainer filed:                _____May 28, 2009_____

Total defendants:                   __1__

Total counts:                       __1__

Data below applies to
defendant No.:                      __1__

Defendant's name:                   ___GILBERTO NEPOMUCENO-SALAS___

SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 8 U.S.C. §§ 1326(a) and 1326(b)(1) | Re-entry of removed alien | XX | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: June _16_, 2009

_____
JOHN J. VALKOVCI, JR.
Assistant U.S. Attorney
Pa. ID No. 55339